NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER NUTTALL, CHERIE NUTTALL, AS THE LEGAL REPRESENTATIVES OF THEIR MINOR SON, N.N.,**
*Appellants*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Appellee*

---

2015-5153

---

Appeal from the United States Court of Federal Claims in No. 1:07-vv-00810, Senior Judge Nancy B. Firestone.

---

**JUDGMENT**

---

CURTIS RANDAL WEBB, Twin Falls, ID, argued for appellants.

VORIS EDWARD JOHNSON, JR., Vaccine/Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by

GABRIELLE M. FIELDING, VINCENT J. MATANOSKI, RUPA BHATTACHARYYA, BENJAMIN C. MIZER.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 17, 2016
Date

/s/ Peter R. Marksteiner
Peter  R.  Marksteiner
Clerk of Court